388 P.3d 901

**STATE of Hawai'i, Plaintiff-Appellee,**

v.

**Chau LUONG, Defendant-Appellant**

**NO. CAAP-15-0000958**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
November 22, 2016.

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT, HONOLULU DIVISION (CASE NO. 1-DCC-15-0004331)

SUMMARY DISPOSITION ORDER

Reversed.